IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| RAYMOND COVINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | NO. 1:97-0013 |
| | ) | JUDGE HAYNES |
| DAVID G. MILLS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the petition for a writ of habeas corpus is **DENIED**. Petitioner has ten (10) days to file a statement of issues for a Certificate of Appealability under 28 U.S.C. § 2253(c)(2).

It is so **ORDERED**.

**ENTERED** this the 9th day of September, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge